In re Mark D. SIEGEL, Respondent.

**A Member of the Bar of the District of Columbia Court of Appeals.**

**No. 94–BG–1655.**

District of Columbia Court of Appeals.

Submitted Sept. 11, 1995.

Decided Oct. 5, 1995.

Before STEADMAN and KING, Associate Judges, and BELSON, Senior Judge.

**ORDER**

PER CURIAM.

On consideration of the Report and Recommendation of the Board on Professional Responsibility that respondent, already the subject of a six-month suspension with a requirement of proof of fitness as a condition of reinstatement, *see In re Siegel,* 635 A.2d 345 (D.C.1993),[1] be suspended for an addi-

---

1. As of the date of the Board's Report and Recommendation, respondent had failed to file an affidavit pursuant to D.C.App. R. XI, § 14(g), and hence, for purposes of reinstatement, the six-month period had not yet begun to run under D.C.App. R. XI, § 16(c).

tional month because of an additional incident of neglect of client matters occurring in the roughly contemporaneous time-frame of the incidents underlying the six-month suspension, and respondent having filed no exception thereto,[2] it is

ORDERED that respondent is suspended from the practice of law in this jurisdiction for an additional month, to be served consecutively to the existing six-month suspension, and shall be required to prove fitness as a condition of reinstatement.

---

**2.** Indeed, as in the prior disciplinary matter, respondent has not participated in the instant proceedings in any way at any level.